```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
MYKAYLA FAGNANI, on behalf of herself                    :
and all others similarly situated                        :
                                                         :
                              Plaintiff,                 :      22-CV-10137 (VSB)
                                                         :
            -against-                                    :          ORDER
                                                         :
MANYMOONS CO.,                                           :
                                                         :
                              Defendant.                 :
---------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On March 7, 2023, Defendant filed a request for an extension until March 21, 2023, to answer or otherwise respond to Plaintiff's complaint "to allow the parties to finalize an agreement of the settlement they have reached in principle." (Doc. 8.)  I granted Defendant's extension request, (Doc. 9), but to date, Defendant has not responded to the complaint and neither party has filed a notice of settlement.  Accordingly, it is hereby:

ORDERED that the parties submit a status update by March 31, 2023, indicating whether the parties have reached a settlement in principle.  Failure to submit a status update will result in dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  March 29, 2023
        New York, New York

                                                    _____
                                                    Vernon S. Broderick
                                                    United States District Judge